Robert S. Green (State Bar No. 136183)
James Robert Noblin (State Bar No. 114442)
Lesley E. Weaver (State Bar No. 191305)
**GREEN & NOBLIN, P.C.**
700 Larkspur Landing Circle, Suite 275
Larkspur, CA 94939
Telephone: (415) 477-6700
Facsimile: (415) 477-6710
Email: gnecf@classcounsel.com

Peter Safirstein
**MORGAN & MORGAN, P.C.**
28 W. 44th St., Suite 2001
New York, NY 10036
Telephone: (212) 564-1637
Facsimile: (212) 564-1807
Email: psafirstein@MorganSecLaw.com

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRIAN BLAND, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>VERIFONE SYSTEMS, INC., DOUGLAS G. BERGERON, ROBERT DYKES, and MARC E. ROTHMAN,<br><br>Defendants. | Case No.: 4:13-cv-01853-SBA<br><br>**CLASS ACTION**<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |



00082025.000.docx

NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff Brian Bland voluntarily dismisses without prejudice the above-entitled action against VeriFone Systems, Inc., Douglas G. Bergeron, Robert Dykes, and Marc E. Rothman (collectively "Defendants"). This notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment.

DATED: July 17, 2013

**GREEN & NOBLIN, P.C.**

By: [signature]
Robert S. Green

James Robert Noblin
Lesley E. Weaver
700 Larkspur Landing Circle, Suite 275
Larkspur, CA 94939
Telephone: (415) 477-6700
Facsimile: (415) 477-6710
Email: gnecf@classcounsel.com

Peter Safirstein
**MORGAN & MORGAN, P.C.**
28 W. 44th St., Suite 2001
New York, NY 10036
Telephone: (212) 564-1637
Facsimile: (212) 564-1807
Email: psafirstein@MorganSecLaw.com

Attorneys for Plaintiff